ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2696 MJD/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DAVID J. CALLOWAY, Defendant, FOWLER AND HAMMER, INC., Garnishee. | ) | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on March 27, 2002, is hereby released.

Dated: March 29, 2002

Susan Richard Nelson
Magistrate Judge
United States District Court

MAR 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK